**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**TYRONE LUCKETT #N0540**                               **PETITIONER**

**VS.**                        **CIVIL ACTION NO. 3:07cv378 TSL-FKB**

**CHRISTOPHER EPPS, et al.**                           **RESPONDENTS**

## O R D E R

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge F. Keith Ball, and the court, having fully reviewed the report and recommendation entered in this cause on July 27, 2010, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge F. Keith Ball entered on July 27, 2010, be, and the same is hereby adopted as the finding of this court, and the petition for writ of habeas corpus is hereby dismissed with prejudice.

A separate judgment will be entered herein in accordance with this order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this the 19th day of August, 2010.

                                                     /s/Tom S. Lee
                                                     UNITED STATES DISTRICT JUDGE